AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NETWORK OF CONSTRUCTION AND
DEVELOPMENT COMPANIES,

        Plaintiff,

        v.

BESSAMAIRE SALES, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-269-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled action is dismissed without prejudice.

May 2, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb